IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| JULIE SMITH, | ) | CASE NO. 1:20-CV-1303 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| USAA FEDERAL SAVINGS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

Please be advised that John N. Dagon of the law firm Benesch, Friedlander, Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio 44114-2378, hereby enters his appearance as counsel of record for Defendant USAA Federal Savings Bank in the above-captioned matter. All pleadings, orders and correspondence regarding this matter should be directed to his attention.

Respectfully submitted,

 */s/ John N. Dagon*
Eric Larson Zalud
David M. Krueger
John N. Dagon
**BENESCH, FRIEDLANDER, COPLAN &
    ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
ezalud@beneschlaw.com
dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Federal Savings Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020 a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ John N. Dagon*
*One of Defendant's Attorneys*

13576305 v1